Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS & CO., a New York limited partnership,<br><br>    and<br><br>J.P. MORGAN SECURITIES INC., a Delaware corporation,<br><br>    Defendants,<br><br>    and<br><br>KANA SOFTWARE, INC., a Delaware corporation, formerly known as KANA COMMUNICATIONS, INC.,<br><br>    Nominal Defendant. | NO. C07-1578 JLR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the

PLAINTIFF'S NOTICE OF DISMISSAL – 1
No. C07-1578 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

    DATED this 11th day of June, 2012.

                      **GORDON TILDEN THOMAS & CORDELL LLP**
                      Attorneys for Plaintiff

                By   *s/Mark Wilner*
                      Jeffrey I. Tilden, WSBA #12219
                      Mark Wilner, WSBA #31550
                      1001 Fourth Avenue, Suite 4000
                      Seattle, Washington 98154
                      Telephone:   (206) 467-6477
                      Facsimile:   (206) 467-6292
                      Email: jtilden@gordontilden.com
                      Email: mwilner@gordontilden.com

                      **KELLER ROHRBACK L.L.P.**
                      Attorneys for Plaintiff

                By   *s/Ian S. Birk*
                      William C. Smart, WSBA #8192
                      Ian S. Birk, WSBA #31431
                      1201 Third Avenue, Suite 3200
                      Seattle, WA 98101
                      Telephone:   (206) 623-1900
                      Facsimile:   (206) 467-6292
                      Email: wsmart@kellerrohrback.com
                      Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1578 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Nominal Defendant Kana Software, Inc.:**<br><br>John H. Chun, WSBA # 24767<br>Denise L. Ashbaugh, WSBA # 28512<br>SUMMIT LAW GROUP PLLC<br>E-Mail:       johnc@summitlaw.com<br>                denisea@summitlaw.com<br>Emmett C. Stanton*<br>Jay Pomerantz*<br>Christopher S.Walton*<br>FENWICK & WEST, LLP<br>Email:<br>       estanton@fenwick.com<br>                jpomerantz@fenwick.com<br>                cwalton@fenwick.com<br><br>*Admitted Pro Hac Vice | **Counsel for Defendant J.P. Morgan Securities Inc.:**<br><br>David W. Ichel*<br>Joseph M. McLaughlin*<br>Jeffery Coviello*<br>SIMPSON, THACHER & BARTLETT LLP<br>E-Mail:       dichel@stblaw.com<br>                jmclaughlin@stblaw.com<br>                jcoviello@stblaw.com<br>*Admitted Pro Hac Vice |
| --- | --- |
| **Counsel for Defendant Goldman Sachs Group Inc.:**<br><br>Gandolfo V. DiBlasi*<br>Penny Shane*<br>David M.D. Rein*<br>Matthew Peller*<br>SULLIVAN & CROMWELL LLP<br>E-Mail:       diblasig@sullcrom.com<br>                shanep@sullcrom.com<br>                reind@sullcrom.com<br>                Pellerm@sullcrom.com<br><br>*Admitted Pro Hac Vice | **Counsel for Defendants Goldman Sachs & Co. and J.P. Morgan Securities, Inc. :**<br><br>Christopher B. Wells<br>LANE POWELL PC<br>E-Mail:       wellsc@lanepowell.com |

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1578 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292